RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 17-35987

Re:   JENNIFER A. BURKE                          Atty:  RUSSELL L LOW ESQ
      188 CANTERBURY DRIVE                              LOW & LOW ESQS
      RAMSEY,  NJ  07446                                505 MAIN STREET, SUITE 304
                                                        HACKENSACK, NJ  07601

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2018 | $3,916.90 | 4611580000 - | 02/02/2018 | $3,916.90 | 4639143000 - |
| 03/05/2018 | $3,916.90 | 4730797000 - | 04/03/2018 | $3,916.90 | 4805021000 |
| 05/03/2018 | $3,916.90 | 4885785000 | 06/05/2018 | $3,916.90 | 4970442000 |
| 07/03/2018 | $3,916.90 | 5041673000 | 08/07/2018 | $3,916.90 | 5134880000 |
| 10/09/2018 | $3,916.90 | 5294252000 | | | |

**Total Receipts: $35,252.10  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $35,252.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | | | | | | |
| | 03/19/2018 | $5,743.72 | 798,074 | 04/16/2018 | $2,871.86 | 799,943 |
| | 05/14/2018 | $2,887.12 | 801,829 | 06/18/2018 | $2,887.12 | 803,729 |
| | 07/16/2018 | $2,887.12 | 805,718 | 08/20/2018 | $2,887.12 | 807,584 |
| | 09/17/2018 | $2,960.37 | 809,555 | 10/22/2018 | $6,553.92 | 811,456 |
| | 11/19/2018 | $3,693.64 | 813,410 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,880.11 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 13,628.78 | 100.00% | 0.00 | 13,628.78 |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 4,138.34 | 100.00% | 0.00 | 4,138.34 |
| 0007 | COMENITY BANK/LIMITED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DSNB BLOOM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ECMC | UNSECURED | 14,772.52 | 100.00% | 0.00 | 14,772.52 |
| 0012 | M&T BANK | MORTGAGE ARRE | 119,943.44 | 100.00% | 33,371.99 | 86,571.45 |
| 0013 | NORDSTROM/TD BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PNC BANK, N.A. | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,789.24 | 100.00% | 0.00 | 2,789.24 |

**Chapter 13 Case # 17-35987**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0016 | SYNCB/6TH AVE ELECTRNC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 725.20 | 100.00% | 0.00 | 725.20 |
| 0019 | THE BUREAUS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 571.03 | 100.00% | 0.00 | 571.03 |

**Total Paid:  $35,252.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $35,252.10         -     Paid to Claims: $33,371.99       -     Admin Costs Paid: $1,880.11     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.