Order Filed on June 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

JANNIFER A. BURKE

Debtor(s)

Case No. 17-35987

Chapter 13

Judge: The Honorable Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 10, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

   _X_   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.

The debtor's plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.