UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

**Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  <u>17-35987 VFP</u>

Adv. No.:

Hearing Date:  10/3/19 @ 10:00 a.m.

Judge:  <u>Vincent F. Papalia</u>

In Re:
        Jennifer A. Burke,

Debtor.

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 7, 2019**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Jennifer A. Burke
Case No:  17-35987 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 188 Canterbury Drive, Ramsey Bgh, NJ, 07446, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of October 22, 2019 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2018 through October 2019 for a total post-petition default of $61,413.08 (1 @ $3,823.45, 12 @ $4,129.95, 2 @ $4,133.04, $235.85 less suspense); and

   It is **ORDERED, ADJUDGED and DECREED** that the debtor will make a lump sum payment of $20,000.00 by October 31, 2019; and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $41,413.08 will be paid by Debtor remitting $6,902.18 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on November 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2019, directly to Secured Creditor's servicer, M&T Bank, P.O. Box 1288, Buffalo, NY 14240 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Jennifer A. Burke
Case No:  17-35987 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.