Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35987−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Burke
   188 Canterbury Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−6774

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/6/20 at 10:00 AM

to consider and act upon the following:

*33* − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 12/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*34* − Certification in Opposition to (related document:33 Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 12/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Russell L. Low on behalf of Jennifer A. Burke. (Low, Russell)

Dated: 12/27/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court