Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35987−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Burke
   188 Canterbury Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−6774

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/6/20 at 10:00 AM

to consider and act upon the following:

*33* − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 12/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*34* − Certification in Opposition to (related document:33 Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 12/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Russell L. Low on behalf of Jennifer A. Burke. (Low, Russell)

Dated: 12/27/19

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer A. Burke  
    Debtor

Case No. 17-35987-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 27, 2019  
                     Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.  
db          +Jennifer A. Burke,    188 Canterbury Drive,     Ramsey, NJ 07446-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2019 23:48:08  
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:  
            Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Phillip Andrew Raymond    on behalf of Creditor    M&T Bank phillip.raymond@mccalla.com  
            Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com  
            Russell L. Low    on behalf of Debtor Jennifer A. Burke rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6