RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-35987

Re:  JENNIFER A. BURKE
     188 CANTERBURY DRIVE
     RAMSEY,  NJ  07446

Atty: RUSSELL L LOW ESQ
      LOW & LOW ESQS
      505 MAIN STREET, SUITE 304
      HACKENSACK, NJ  07601

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2018 | $3,916.90 | 4611580000 - | 02/02/2018 | $3,916.90 | 4639143000 - |
| 03/05/2018 | $3,916.90 | 4730797000 - | 04/03/2018 | $3,916.90 | 4805021000 |
| 05/03/2018 | $3,916.90 | 4885785000 | 06/05/2018 | $3,916.90 | 4970442000 |
| 07/03/2018 | $3,916.90 | 5041673000 | 08/07/2018 | $3,916.90 | 5134880000 |
| 10/09/2018 | $3,916.90 | 5294252000 | 02/01/2019 | $3,916.90 | 5583811000 |
| 03/04/2019 | $3,916.90 | 5675477000 | 04/01/2019 | $3,916.90 | 5743267000 |
| 05/01/2019 | $3,916.90 | 5821907000 | 05/31/2019 | $3,916.90 | 5897387000 |
| 07/02/2019 | $3,916.90 | 5985782000 | 08/01/2019 | $3,916.90 | 6057879000 |
| 09/03/2019 | $3,916.90 | 6148196000 | 10/01/2019 | $3,916.90 | 6215773000 |
| 11/04/2019 | $3,916.90 | 6298450000 | 12/02/2019 | $3,916.90 | 6367715000 |
| 01/02/2020 | $3,916.90 | 6448172000 | | | |

**Total Receipts: $82,254.90  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $82,254.90**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | | | | | | |
| | 03/19/2018 | $5,743.72 | 798,074 | 04/16/2018 | $2,871.86 | 799,943 |
| | 05/14/2018 | $2,887.12 | 801,829 | 06/18/2018 | $2,887.12 | 803,729 |
| | 07/16/2018 | $2,887.12 | 805,718 | 08/20/2018 | $2,887.12 | 807,584 |
| | 09/17/2018 | $2,960.37 | 809,555 | 10/22/2018 | $6,553.92 | 811,456 |
| | 11/19/2018 | $3,693.64 | 813,410 | 03/18/2019 | $3,693.64 | 821,038 |
| | 04/15/2019 | $3,693.64 | 823,074 | 05/20/2019 | $3,693.64 | 825,034 |
| | 06/17/2019 | $3,360.22 | 827,086 | 07/15/2019 | $3,760.22 | 828,945 |
| | 08/19/2019 | $3,760.22 | 830,842 | 09/16/2019 | $3,760.22 | 832,910 |
| | 10/21/2019 | $3,858.15 | 834,873 | 11/18/2019 | $3,678.94 | 836,980 |
| | 11/18/2019 | $34.28 | 836,980 | 12/16/2019 | $3,678.94 | 838,911 |
| | 12/16/2019 | $34.28 | 838,911 | 01/13/2020 | $3,678.94 | 840,788 |
| | 01/13/2020 | $34.28 | 840,788 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,050.08 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 400.00 | 100.00% | 400.00 | 0.00 |

**Chapter 13 Case # 17-35987**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 13,628.78 | 100.00% | 0.00 | 13,628.78 |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 4,138.34 | 100.00% | 0.00 | 4,138.34 |
| 0007 | COMENITY BANK/LIMITED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DSNB BLOOM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ECMC | UNSECURED | 14,772.52 | 100.00% | 0.00 | 14,772.52 |
| 0012 | M&T BANK | MORTGAGE ARRE | 119,943.44 | 100.00% | 73,988.76 | 45,954.68 |
| 0013 | NORDSTROM/TD BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PNC BANK, N.A. | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,789.24 | 100.00% | 0.00 | 2,789.24 |
| 0016 | SYNCB/6TH AVE ELECTRNC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 725.20 | 100.00% | 0.00 | 725.20 |
| 0019 | THE BUREAUS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 571.03 | 100.00% | 0.00 | 571.03 |
| 0025 | M&T BANK | (NEW) MTG Agree | 531.00 | 100.00% | 102.84 | 428.16 |

**Total Paid: $78,541.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $82,254.90   -   Paid to Claims: $74,091.60   -   Admin Costs Paid: $4,450.08   =   Funds on Hand: $3,713.22

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.