Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−35987−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Burke
   188 Canterbury Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−6774

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 21, 2018.

   On 7/2/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                August 6, 2020
Time:               08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 7, 2020
JAN: smz

                                                                                                             Jeanne Naughton
                                                                                                             Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-35987-VFP
Jennifer A. Burke                                               Chapter 13
          Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 07, 2020
                              Form ID: 185             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db             +Jennifer A. Burke,    188 Canterbury Drive,    Ramsey, NJ 07446-2507
517254491     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
517375023      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517254493     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: CAINE & WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365)
517254495      +CBNA,   PO BOX 6189,   SIOUX FALLS, SD 57117-6189
517254499      +CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
517254502      +DSNB BLOOM,   9111 DUKE BLVD,    MASON, OH 45040-8999
517254492      +Daniel Burke,    188 Canterbury Drive,    Ramsey, NJ 07446-2507
517254503      +ECMC,   111 WASHINGTON AVE S STE,    MINNEAPOLIS, MN 55401-6800
517321875       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517254504      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517254505      +M & T Bank/Hudson City Savings,    PO Box 62182,    Baltimore, MD 21264-2182
517254507      +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
517254511      +THE BUREAUS INC,    1717 CENTRAL ST,    EVANSTON, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 23:49:17      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 23:49:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:54:09
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517354973      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:53:48
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517254494       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 23:53:45      CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517254500      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 23:48:54      COMENITY BANK/LIMITED,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
517254496       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 07 2020 23:54:15      CHASE CARD,
                 P.O. BOX 15298,    WILMINGTON, DE 19850
517375329       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 23:53:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517374291       E-mail/Text: camanagement@mtb.com Jul 07 2020 23:48:53      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517254506      +E-mail/Text: bnc@nordstrom.com Jul 07 2020 23:48:39      NORDSTROM/TD BANK USA,
                 13531 E CALEY AVE,    ENGLEWOOD, CO 80111-6504
517254508      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:53:22
                 PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4952
517329880       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:53:49
                 Portfolio Recovery Associates, LLC,    c/o Ann Taylor,    POB 41067,    Norfolk VA 23541
517365728       E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 23:49:03
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517254509      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:54:08      SYNCB/6TH AVE ELECTRNC,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517254510      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:53:39      SYNCB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517257843      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:53:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517254501*     +Daniel Burke,    188 Canterbury Drive,    Ramsey, NJ 07446-2507
517254497*    ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: CHASE CARD,    P.O. BOX 15298,    WILMINGTON, DE 19850)
517254498*    ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: CHASE CARD,    P.O. BOX 15298,    WILMINGTON, DE 19850)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin                   Page 2 of 2                   Date Rcvd: Jul 07, 2020
                              Form ID: 185                  Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    M&T Bank phillip.raymond@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Jennifer A. Burke ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```