RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

| Re: | JENNIFER A. BURKE | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | 188 CANTERBURY DRIVE | | LOW & LOW ESQS |
| | RAMSEY, NJ 07446 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ 07601 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 17-35987

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2018 | $3,916.90 | 4611580000 - | 02/02/2018 | $3,916.90 | 4639143000 - |
| 03/05/2018 | $3,916.90 | 4730797000 - | 04/03/2018 | $3,916.90 | 4805021000 |
| 05/03/2018 | $3,916.90 | 4885785000 | 06/05/2018 | $3,916.90 | 4970442000 |
| 07/03/2018 | $3,916.90 | 5041673000 | 08/07/2018 | $3,916.90 | 5134880000 |
| 10/09/2018 | $3,916.90 | 5294252000 | 02/01/2019 | $3,916.90 | 5583811000 |
| 03/04/2019 | $3,916.90 | 5675477000 | 04/01/2019 | $3,916.90 | 5743267000 |
| 05/01/2019 | $3,916.90 | 5821907000 | 05/31/2019 | $3,916.90 | 5897387000 |
| 07/02/2019 | $3,916.90 | 5985782000 | 08/01/2019 | $3,916.90 | 6057879000 |
| 09/03/2019 | $3,916.90 | 6148196000 | 10/01/2019 | $3,916.90 | 6215773000 |
| 11/04/2019 | $3,916.90 | 6298450000 | 12/02/2019 | $3,916.90 | 6367715000 |
| 01/02/2020 | $3,916.90 | 6448172000 | 02/04/2020 | $3,916.90 | 6534906000 |
| 03/03/2020 | $3,916.90 | 6608586000 | 04/02/2020 | $3,916.90 | 6677018000 |
| 04/27/2020 | $3,916.90 | 6740808000 | 05/04/2020 | $3,916.90 | 6764246000 |
| 06/01/2020 | $3,916.90 | 6825867000 | 07/01/2020 | $3,916.90 | 6903904000 |
| 07/07/2020 | $1,291.39 | 6923639000 | 09/01/2020 | $5,208.00 | 7054561000 |
| 10/01/2020 | $5,208.00 | 7124187000 | 11/02/2020 | $5,208.00 | 7199284000 |
| 12/01/2020 | $5,208.00 | 7270671000 | 01/04/2021 | $5,208.00 | 7355129000 |

**Total Receipts: $137,004.59  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $137,004.59**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| M&T BANK | | | | | | | |
| | 03/19/2018 | $5,743.72 | 798,074 | | 04/16/2018 | $2,871.86 | 799,943 |
| | 05/14/2018 | $2,887.12 | 801,829 | | 06/18/2018 | $2,887.12 | 803,729 |
| | 07/16/2018 | $2,887.12 | 805,718 | | 08/20/2018 | $2,887.12 | 807,584 |
| | 09/17/2018 | $2,960.37 | 809,555 | | 10/22/2018 | $6,553.92 | 811,456 |
| | 11/19/2018 | $3,693.64 | 813,410 | | 03/18/2019 | $3,693.64 | 821,038 |
| | 04/15/2019 | $3,693.64 | 823,074 | | 05/20/2019 | $3,693.64 | 825,034 |
| | 06/17/2019 | $3,360.22 | 827,086 | | 07/15/2019 | $3,760.22 | 828,945 |
| | 08/19/2019 | $3,760.22 | 830,842 | | 09/16/2019 | $3,760.22 | 832,910 |
| | 10/21/2019 | $3,858.15 | 834,873 | | 11/18/2019 | $3,678.94 | 836,980 |
| | 11/18/2019 | $34.28 | 836,980 | | 12/16/2019 | $3,678.94 | 838,911 |
| | 12/16/2019 | $34.28 | 838,911 | | 01/13/2020 | $3,678.94 | 840,788 |

**Chapter 13 Case # 17-35987**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/13/2020 | $34.28 | 840,788 | | 02/10/2020 | $3,678.94 | 842,667 |
| | 02/10/2020 | $34.28 | 842,667 | | 03/16/2020 | $1,297.73 | 844,530 |
| | 03/16/2020 | $2,415.49 | 844,530 | | 04/20/2020 | $1,297.72 | 846,477 |
| | 04/20/2020 | $2,415.50 | 846,477 | | 05/18/2020 | $2,293.19 | 848,434 |
| | 05/18/2020 | $1,232.02 | 848,434 | | 06/15/2020 | $2,464.04 | 850,113 |
| | 06/15/2020 | $4,586.38 | 850,113 | | 07/20/2020 | $1,266.24 | 851,870 |
| | 07/20/2020 | $2,356.89 | 851,870 | | 08/17/2020 | $1,683.72 | 853,758 |
| | 08/17/2020 | $3,133.95 | 853,758 | | 10/19/2020 | $1,683.62 | 857,440 |
| | 10/19/2020 | $3,133.78 | 857,440 | | 11/16/2020 | $3,133.78 | 859,235 |
| | 11/16/2020 | $1,683.62 | 859,235 | | 12/21/2020 | $1,683.62 | 861,010 |
| | 12/21/2020 | $3,133.78 | 861,010 | | 01/11/2021 | $1,683.62 | 862,892 |
| | 01/11/2021 | $3,133.78 | 862,892 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8,269.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 400.00 | 100.00% | 400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 13,628.78 | 100.00% | 0.00 | 13,628.78 |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 4,138.34 | 100.00% | 0.00 | 4,138.34 |
| 0007 | COMENITY BANK/LIMITED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DSNB BLOOM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ECMC | UNSECURED | 14,772.52 | 100.00% | 0.00 | 14,772.52 |
| 0012 | M&T BANK | MORTGAGE ARR | 119,943.44 | 100.00% | 93,643.65 | 26,299.79 |
| 0013 | NORDSTROM/TD BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | PNC BANK, N.A. | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,789.24 | 100.00% | 0.00 | 2,789.24 |
| 0016 | SYNCB/6TH AVE ELECTRNC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | QUANTUM3 GROUP LLC | UNSECURED | 725.20 | 100.00% | 0.00 | 725.20 |
| 0019 | THE BUREAUS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 571.03 | 100.00% | 0.00 | 571.03 |
| 0025 | M&T BANK | (NEW) MTG Agree | 78,826.24 | 100.00% | 29,873.64 | 48,952.60 |

**Total Paid: $132,187.19**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $137,004.59    -    Paid to Claims: $123,517.29    -    Admin Costs Paid: $8,669.90    =    Funds on Hand: $4,817.40

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.