Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−35987−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Burke
   188 Canterbury Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−6774

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/16/22 at 10:00 AM

to consider and act upon the following:

**54** − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 33 Creditor's Certification of Default filed by Creditor M&T Bank, 39 Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 05/23/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**55** − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 33 Creditor's Certification of Default filed by Creditor M&T Bank, 39 Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 05/23/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Russell L. Low on behalf of Jennifer A. Burke. (Low, Russell)

Dated: 5/24/22

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court