Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35987−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer A. Burke
    188 Canterbury Drive
    Ramsey, NJ 07446

Social Security No.:
    xxx−xx−6774

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/16/22 at 10:00 AM

to consider and act upon the following:

*54* − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 33 Creditor's Certification of Default filed by Creditor M&T Bank, 39 Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 05/23/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*55* − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Daniel Burke filed by Creditor M&T Bank, Motion for Relief from Stay re: re: 188 Canterbury Drive, Ramsey Bgh, NJ, 07446. Fee Amount $ 181., 33 Creditor's Certification of Default filed by Creditor M&T Bank, 39 Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 05/23/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Russell L. Low on behalf of Jennifer A. Burke. (Low, Russell)

Dated: 5/24/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Jennifer A. Burke  
    Debtor

Case No. 17-35987-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 24, 2022      Form ID: ntchrgbk      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer A. Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | May 24 2022 21:00:52 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

         on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

Russell L. Low

         on behalf of Debtor Jennifer A. Burke ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6