Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17−35987−VFP
                                      Chapter: 13
                                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Burke
   188 Canterbury Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−6774

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       7/7/22
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, Debtor's Attorney,

COMMISSION OR FEES
$1,600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 2, 2022
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jennifer A. Burke  
      Debtor

Case No. 17-35987-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 02, 2022      Form ID: 137      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer A. Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |
| 517254492 | + | Daniel Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |
| 517254504 | + | KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 517254505 | + | M & T Bank/Hudson City Savings, PO Box 62182, Baltimore, MD 21264-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:27 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517254491 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 02 2022 20:47:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 517375023 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 02 2022 20:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517354973 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 02 2022 20:53:13 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517254493 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 02 2022 20:47:00 | CAINE & WEINER, PO BOX 5010, WOODLAND HILLS, CA 91365 |
| 517254494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2022 20:53:10 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517254495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | CBNA, PO BOX 6189, SIOUX FALLS, SD 57117-6189 |
| 517254499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:33 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517254500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | COMENITY BANK/LIMITED, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517254502 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2022 20:53:15 | DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 517254503 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 02 2022 20:47:00 | ECMC, 111 WASHINGTON AVE S STE, MINNEAPOLIS, MN 55401-6800 |
| 517321875 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 02 2022 20:47:00 | Educational Credit Management Corporation, P.O. |

Case 17-35987-VFP    Doc 59    Filed 06/04/22    Entered 06/05/22 00:13:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 137 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 16408, St. Paul, MN 55116-0408 |
| 517254496 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 20:53:09 | CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 517375329 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:14 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517374291 | | Email/Text: camanagement@mtb.com | Jun 02 2022 20:47:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517254506 | + | Email/Text: bnc@nordstrom.com | Jun 02 2022 20:47:26 | NORDSTROM/TD BANK USA, 13531 E CALEY AVE, ENGLEWOOD, CO 80111-6504 |
| 517254507 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2022 20:47:00 | PNC BANK, N.A., 1 FINANCIAL PKWY, KALAMAZOO, MI 49009 |
| 517254508 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:13 | PORTFOLIO RECOV ASSOC, 120 CORPORATE BLVD STE 1, NORFOLK, VA 23502-4952 |
| 517329880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2022 20:53:22 | Portfolio Recovery Associates, LLC, c/o Ann Taylor, POB 41067, Norfolk VA 23541 |
| 517365728 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2022 20:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517254509 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:28 | SYNCB/6TH AVE ELECTRNC, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 517254510 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:28 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517257843 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2022 20:53:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517254511 | + | Email/PDF: tbiedi@PRAGroup.com | Jun 02 2022 20:53:30 | THE BUREAUS INC, 1717 CENTRAL ST, EVANSTON, IL 60201-1507 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517254501 | *+ | Daniel Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |
| 517254497 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 517254498 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 02, 2022 | Form ID: 137 | Total Noticed: 30

Date: Jun 04, 2022           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Jennifer A. Burke ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6