# LOW & LOW ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                                         Tel: (201) 343-4040
Hackensack, New Jersey 07601                                                  Fax: (201)-488-5788

**STANLEY W. LOW**                                                                    **RUSSELL L. LOW**
                                                                                                    russell@lowbankruptcy.com

June 14, 2022

Honorable Vincent F. Papalia
50 Walnut Street
Newark, NJ 07102
Courtroom 3B

**Re: 17-35987-VFP, Jennifer A. Burke**

Dear Honorable Papalia,

      This letter shall serve as a request for withdrawal of Doc. 55, Certification in Opposition to Creditor's Certification of Default . Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**