| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| **Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>JENNIFER A. BURKE<br><br>             Debtor(s) |

Order Filed on July 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-35987

Chapter 13

Judge: The Honorable Vincent F. Papalia

**Hearing Date: July 7, 2022, 2:00pm**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 13, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,600.00 for services rendered and expenses in the amount of $0.00 for a total of $1,600.00. The allowance is payable:

   _X_   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.