Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−35987−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer A. Burke
    188 Canterbury Drive
    Ramsey, NJ 07446

Social Security No.:
    xxx−xx−6774

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/25/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 26, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-35987-VFP |
| Jennifer A. Burke | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 26, 2022 | Form ID: 148 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer A. Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |
| 517254492 | + | Daniel Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |
| 517254504 | + | KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 517254505 | + | M & T Bank/Hudson City Savings, PO Box 62182, Baltimore, MD 21264-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jul 27 2022 00:43:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517254491 | + | EDI: BANKAMER.COM | Jul 27 2022 00:43:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 517375023 | + | EDI: BANKAMER2.COM | Jul 27 2022 00:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517354973 | + | EDI: RECOVERYCORP.COM | Jul 27 2022 00:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517254493 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 26 2022 20:41:00 | CAINE & WEINER, PO BOX 5010, WOODLAND HILLS, CA 91365 |
| 517254494 | | EDI: CAPITALONE.COM | Jul 27 2022 00:43:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517254495 | + | EDI: CITICORP.COM | Jul 27 2022 00:43:00 | CBNA, PO BOX 6189, SIOUX FALLS, SD 57117-6189 |
| 517254499 | + | EDI: CITICORP.COM | Jul 27 2022 00:43:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 517254500 | + | EDI: WFNNB.COM | Jul 27 2022 00:43:00 | COMENITY BANK/LIMITED, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517254502 | + | EDI: CITICORP.COM | Jul 27 2022 00:43:00 | DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 517254503 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 26 2022 20:42:00 | ECMC, 111 WASHINGTON AVE S STE, MINNEAPOLIS, MN 55401-6800 |
| 517321875 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 26 2022 20:42:00 | Educational Credit Management Corporation, P.O. |

District/off: 0312-2                          User: admin                                    Page 2 of 3
Date Rcvd: Jul 26, 2022                       Form ID: 148                                Total Noticed: 30

| Recip ID | | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 16408, St. Paul, MN 55116-0408 |
| 517254496 | | EDI: JPMORGANCHASE | Jul 27 2022 00:43:00 | CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 517375329 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2022 20:49:22 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517374291 | | Email/Text: camanagement@mtb.com | Jul 26 2022 20:42:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517254506 | + | Email/Text: bnc@nordstrom.com | Jul 26 2022 20:41:48 | NORDSTROM/TD BANK USA, 13531 E CALEY AVE, ENGLEWOOD, CO 80111-6504 |
| 517254507 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2022 20:41:00 | PNC BANK, N.A., 1 FINANCIAL PKWY, KALAMAZOO, MI 49009 |
| 517254508 | + | EDI: PRA.COM | Jul 27 2022 00:43:00 | PORTFOLIO RECOV ASSOC, 120 CORPORATE BLVD STE 1, NORFOLK, VA 23502-4952 |
| 517329880 | | EDI: PRA.COM | Jul 27 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Ann Taylor, POB 41067, Norfolk VA 23541 |
| 517365728 | | EDI: Q3G.COM | Jul 27 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517254509 | + | EDI: RMSC.COM | Jul 27 2022 00:43:00 | SYNCB/6TH AVE ELECTRNC, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 517254510 | + | EDI: RMSC.COM | Jul 27 2022 00:43:00 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517257843 | + | EDI: RMSC.COM | Jul 27 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517254511 | + | EDI: PRATHEBUR | Jul 27 2022 00:43:00 | THE BUREAUS INC, 1717 CENTRAL ST, EVANSTON, IL 60201-1507 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517254501 | *+ | Daniel Burke, 188 Canterbury Drive, Ramsey, NJ 07446-2507 |
| 517254497 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 517254498 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 26, 2022 | Form ID: 148 | Total Noticed: 30 |

Date: Jul 28, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Jennifer A. Burke ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6